

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00452-CV

**IN THE INTEREST OF A.L.H.**, S.S.H., H.R.H., H.L.H., V.A.P., and R.J.R., Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02055
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED March 24, 2021.

_____
Beth Watkins, Justice